UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Civil File No.: 00-2506 (PAM/SRN)

Frank Connelly on behalf of
M.C., minor,

Plaintiff,

v.

**AMENDED ORDER**

Independent School District #833,
Cheryl Herzmann, Dale Wolpers,
John Hopkins, Catherine Sharkey,
Gregg Miller, Laura Jelenik,
Nekeya Tamara Moody, Cypia Nicole Williams,
Aziah Allyyah Ferguson, Suzanne Torek,
Gary Latrell Roberts, Charles Melvin Lumpkin,

Defendants.

The above-entitled matter came on before the undersigned, one of the judges of the above-named court, on the petition of Frank Connelly, on behalf of M.C., a minor, and the court having been advised in all the premises,

IT IS HEREBY ORDERED:

I.

That Frank Connelly, father and guardian of M.C., a minor, accept the structured settlement on behalf of the minor plaintiff and execute the release and structured settlement agreement that is attached to the petition for approval, calling for payment of $15,000.00 in cash together with a guaranteed structured settlement annuity that will be placed with First Colony Life Insurance Company, which is rated A++ by A.M. Best, with a financial size category of class XI. The total annuity cost is $10,000. The annuity payments are to be made as follows:

| | | |
|---|---|---|
| Payee: | M. Connelly | |
| Benefits: | The following guaranteed lump sum payments: | |
| | On 08/07/2008 | $5,000.00 |
| | On 08/07/2011 | $6,200.00 |
| | On 08/07/2013 | $7,210.00 |



FILED JUN 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The periodic payments will be paid by First Colony Life Insurance Company, the annuity issuer, subject to the terms and conditions of the Uniform Qualified Assignment and Settlement Agreement and Release. The assignee, Jamestown Life Insurance Company, is the applicant/owner of the annuity contract. The child shall be entitled to each periodic payment only when the payment becomes due. The child shall have no rights to the funding source. The child shall have no power to designate the owner of the annuity nor have any right to control or designate the method of investment of the funding medium. All sums set forth constitute damages on account of personal injuries and sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended. In the event of the death of M. Connelly prior to all guaranteed periodic payments being paid, beneficiary payments will be paid to her Estate. The beneficiary may be changed by M. Connelly once M. Connelly reaches the age of majority. The original annuity policy will be deposited with the clerk of the above-named court and the policy will be returned to the owner of the policy when:

1. the minor reaches the age of majority;
2. the terms of the policy have been fully performed;
3. the minor dies, whichever occurs first.

II.

That out of the initial cash payment of $15,000.00 under the terms of the settlement, the sum of $8,333.33 will be paid to Westrick & McDowall-Nix, P.L.L.P., in satisfaction of any and all claims for attorneys' fees, the sum of $3,270.45 will be paid to Blue Cross/Blue Shield of North Dakota in satisfaction of their subrogation interest in the amount of $4,905.68 and the sum of $1,162.49 will be paid to James J. Diehl, D.D.S., M.D., LTD. in satisfaction of the balance owed in the amount of $1,162.49.

III.

That the balance remaining out of the initial cash payment provision of the settlement, ($2,233.73) be placed in a court-supervised trust account with Hampton Bank, Cottage Grove, Minnesota or other savings institution with the passbook evidencing such deposit left with the clerk of the district court for safekeeping until August 7, 2001, when the minor plaintiff will attain the age of eighteen (18) years, at which time the clerk of the district court is instructed to allow the minor plaintiff to obtain the passbook for the purpose of withdrawing funds from the balance remaining to do with as she desires. The settlement check relating to the $15,000.00 cash disbursement portion of the settlement is due upon the signing of this Order.

Dated: June 6, 2001

BY THE COURT:

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge