**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Civil File No.: 00-2506 (PAM/SRN)

Frank Connelly on behalf of
M.C., minor,

Plaintiff,

v.

**DISCOVERY ORDER**

Independent School District #833,
Cheryl Herzmann, Dale Wolpers,
John Hopkins, Catherine Sharkey,
Gregg Miller, Laura Jelenik,
Nekeya Tamara Moody, Cypia Nicole Williams,
Aziah Allyyah Ferguson, Suzanne Torek,
Gary Latrell Roberts, Charles Melvin Lumpkin,

Defendants.

The above-entitled matter came on before the undersigned, one of the judges of the above-named court, on the motion of Frank Connelly, on behalf of M.C., a minor, to enlarge the period of time for service of Summons, and for an order requiring defendant Independent School District #833 to disclose the last known addresses for defendants Nekeya Tamara Moody, Cypia Nicole Williams, Aziah Allyyah Ferguson, Suzanne Torek, Gary Latrell Roberts and Charles Melvin Lumpkin to the plaintiffs.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs motion to have defendant Independent School District #833 provide plaintiffs with the last known addresses for defendants Nekeya Tamara Moody, Cypia Nicole Williams, Aziah Allyyah Ferguson, Suzanne Torek, Gary Latrell Roberts and Charles Melvin Lumpkin is



FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

hereby granted. defendant Independent School District #833 is ordered to disclose defendants Nekeya Tamara Moody, Cypia Nicole Williams, Aziah Allyyah Ferguson, Suzanne Torek, Gary Latrell Roberts and Charles Melvin Lumpkin last known addresses as soon as practicable.

2. Plaintiff's Motion to Enlarge theTime for Service of Summons is hereby granted, and plaintiffs will have an additional sixty (60) days with which to serve the Summons on defendants Nekeya Tamara Moody, Cypia Nicole Williams, Aziah Allyyah Ferguson, Suzanne Torek, Gary Latrell Roberts and Charles Melvin Lumpkin from the date plaintiffs receive the last known addresses from defendant Independent School District #833.

**WHEREAS**, the Discovery Order above requires the defendant Independent School District #833, to disclose certain private information, all of which is of a confidential nature, from student files which are protected by the Minnesota Data Practices Act;

**IT IS FURTHER ORDERED THAT;**

1. Any private information regarding defendants Nekeya Tamara Moody, Cypia Nicole Williams, Aziah Allyyah Ferguson, Suzanne Torek, Gary Latrell Roberts and Charles Melvin Lumpkin, including but not limited to their last known addresses, as may be found and contained in student files maintained by defendant Independent School District #833, and subject to release pursuant to the provision of the Order above shall not be given, shown, made available or communicated in any way to anyone other than:

a. the parties to this litigation, the attorneys of record for the parties in this litigation, their office staff, or other agents who must be shown the information solely for the purposes of this litigation; and

b. The Court and court personnel, if required, in any further proceeding herein.

2. There shall be no reproduction whatsoever of the private information produced from the student files of the defendants named in paragraph 1 above, except that, as required in the litigation, copies, excerpts or summaries may be shown or given to those persons or entities authorized access to such information pursuant to paragraph 1(a) & (b) above; and

3. Any private information produced from the student files of the defendants name in paragraph 1 above shall be retained by counsel without being filed, unless otherwise required, in any further proceeding herein. Such information in the possession of counsel for parties other than defendant Independent School District #833, at the conclusion of this litigation shall be destroyed and certification of said destruction provided to counsel for defendant Independent School District #833.

Dated: June 13, 2001

By the Court: Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge