**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Court File No.: 00-2506 (PAM/SRN)

Frank Connelly on behalf of
M.C., minor,

Plaintiff,

v.

Independent School District #833,
Cheryl Herzmann, Dale Wolpers,
John Hopkins, Catherine Sharkey,
Gregg Miller, Laura Jelenik,
Nekeya Tamara Moody, Cypia Nicole Williams,
Aziah Allyyah Ferguson, Suzanne Torek,
Gary Latrell Roberts, Charles Melvin Lumpkin,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER

The above-entitled action, by desire of the plaintiffs to cease pursuit of their claims in the above matter only as against defendants, Independent School District # 833, Cheryl Herzmann, Dale Wolpers, John Hopkins, Catherine Sharkey, Gregg Miller and Laura Jelenik, has been settled to the satisfaction of these parties pursuant to a *Pierringer* agreement as recognized by Minnesota law; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that they wish the District Court to enter an Order for Judgment directing the Clerk of said Court to dismiss such claims as are subject to the aforementioned *Pierringer* agreement with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that the clerk of said Court, upon the filing of this Stipulation of Dismissal with Prejudice and Order is hereby authorized and directed

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 18 2001
DEPUTY CLERK

to dismiss such claims as are subject to the aforementioned *Pierringer* agreement without any need for further appearance by either of the parties or their undersigned counsel.

Dated: 6-11-01

Daniel E. Fobbe (#175390)
Attorney for Plaintiff
Westrick & McDowall-Nix, PLLP
400 Minnesota Building
46 East Fourth Street
St. Paul, MN 55101

Dated: 6-5-01

STICH, ANGELL, KREIDLER BROWNSON & BALLOU, P.A.

D. Scott Ballou (# 4364)
Leo I. Brisbois (#18262X)
Attorneys for Defendant
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401
(612) 333-6251

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without cost to any party and judgment may be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: June 18, 2001

Judge of Federal District Court, Minnesota