**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Frank Connelly, on behalf of M.C., a minor,

Plaintiff,

v.

Independent School District #833, Cheryl Herzmann, Dale Wolpers, John Hopkins, Catherine Sharkey, Gregg Miller, Laura Jelenik, Nekeya Tamara Moody, Cypia Nicole Williams, Aziah Allyyah Ferguson, Suzanne Torok, Gary Latrell Roberts, Charles Melvin Lumpkin,

Defendants.

**Court File No. 00-2506 PAM/SRN**

**ORDER TO APPOINT A GUARDIAN AD LITEM**

---

It appears to this court that Suzanne Torok, a defendant in this case, is incompetent, and that Trudance Torok is a fit and proper person to be appointed her guardian, and that Trudance Torok has no interest in this suit adverse to Suzanne Torok.

IT IS ORDERED, that Trudance Torok is appointed Guardian Ad Litem for Suzanne Torok to represent her interests in this cause and to defend this suit, and Melissa A. Harritt is authorized and directed to appear and defend on behalf of the Guardian Ad Litem in this action.

Dated July 20, 2001, 2001

Susan Richard Nelson
US Magistrate Judge

FILED JUL 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500