**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Frank Connelly,

Plaintiff,

Civil 00-2506 PAM

v.

**ORDER OF DISMISSAL**

Independent School District #833
et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 22, 2002

**Senior Judge Paul A. Magnuson**
**United States District Court**

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK