THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Frank Connelly, on behalf of M.C., minor,

Plaintiff,

v.

Nekeya Tamara Moody, Cypia Nicole Williams, Aziah Allyyah Ferguson, Suzanne Torek, Gary Latrell Roberts and Charles Melvin Lumpkin,

Defendants.

Civil No. 00-2506 (PAM/SRN)

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE**

All claims against Aziah Allyyah Ferguson having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties, with regard to all claims, crossclaims, and causes of action against Aziah Allyyah Ferguson. This dismissal shall have no bearing upon the remaining claims against other defendants.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated May 17, 2002.

**LARSON • KING, LLP**

By ______________________
David A. Schooler #225782
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500

**Attorneys for Defendant Aziah Allyyah Ferguson**

FILED MAY 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 28 2002
DEPUTY CLERK ________

Dated 3/7, 2002.

**HANSEN, DORDELL, BRADT, OLDLAUG & BRADT**

By Melissa Hararitt
Melissa Hararitt #
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112-6973
Telephone: (651) 482-8900

**Attorneys for Defendant Suzanne Torok**

Dated ____________, 2002.

**WESTRICK & McDOWALL-NIX, PLLP**

By____________________________
John G. Westrick #
400 Minnesota Building
46 East Fourth Street
St. Paul, MN 55101
Telephone: (651) 292-9603

**Attorneys for Plaintiff Frank Connelly, on behalf of M.C., Minor**

**ORDER**

Pursuant to the foregoing Stipulation, all claims, crossclaims and causes of action in the above-entitled action against Aziah Allyyah Ferguson are hereby dismissed with prejudice, and without cost to any party. This dismissal shall not affect the remaining claims against the other defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated May 28, 2002.

**BY THE COURT:**

____________________________
The Honorable Paul A. Magnuson
Judge of District Court

lk_library:44498.1

Dated ______________, 2002.

**HANSEN, DORDELL, BRADT, OLDLAUG & BRADT**

By ______________________
Melissa Hararitt #
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112-6973
Telephone: (651) 482-8900

**Attorneys for Defendant Suzanne Torok**

Dated 8 May, 2002.

**WESTRICK & McDOWALL-NIX, PLLP**

By [signature]
John G. Westrick #
400 Minnesota Building
46 East Fourth Street
St. Paul, MN 55101
Telephone: (651) 292-9603

**Attorneys for Plaintiff Frank Connelly, on behalf of M.C., Minor**

**ORDER**

Pursuant to the foregoing Stipulation, all claims, crossclaims and causes of action in the above-entitled action against Aziah Allyyah Ferguson are hereby dismissed with prejudice, and without cost to any party. This dismissal shall not affect the remaining claims against the other defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated May 28, 2002.

**BY THE COURT:**

[signature]
The Honorable Paul A. Magnuson
Judge of District Court

lk_library:44498.1

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

**Application Pending for 7.5 CLE Credits Including 2 Ethics and 1 Bias Credit**

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with**
**The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| **7:30-8:00** | **Registration** |
| **8:00-8:15** | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| **8:15-9:00** | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| **9:00-9:45** | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| **9:45-10:00** | **Morning Break** |
| **10:00-10:45** | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| **10:45-11:45** | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| **11:45-12:45** | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| **12:45-1:30** | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| **1:30-2:15** | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| **2:15-3:15** | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| **3:15:3:30** | **Afternoon Break** |
| **3:30-4:15** | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| **4:15-5:15** | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00

☐ Non-Member $225.00

Name ____________________

Firm/Employer ____________________

Address ____________________

____________________

Phone ____________________

E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building