**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Frank Connelly, on behalf of M.C., a minor,

Plaintiff,

v.

Nekeya Tamara Moody, Cypia Nicole Williams, Aziah Allyyah Ferguson, Suzanne Torok, Gary Latrell Roberts, Charles Melvin Lumpkin,

Defendants.

**Court File No. 00-2506 PAM/SRN**

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE**

---

All claims against Suzanne Torok having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties, with regard to all claims, crossclaims, and causes of action against Suzanne Torok. This dismissal shall have no bearing upon the remaining claims against other defendants.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 8/1/02

HANSEN, DORDELL, BRADT, ODLAUG & BRADT

By: Melissa Harritt
Melissa A. Harritt #279493
Attorneys for defendant Suzanne Torok
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112
(651) 482-8900

FILED AUG 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 12 2002
DEPUTY CLERK

Dated: ____________________

LARSON □ KING, LLP

By: ______________________________
David A. Schooler #225782
Attorneys for defendant Aziah Allyyah Ferguson
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500

Dated: July 22, 02

WESTRICK & McDOWALL-NIX, PLLP

By: ______________________________
John G. Westrick #
Attorneys for Plaintiff
400 Minnesota Building
46 East Fourth Street
St. Paul, MN 55101
(651) 292-9603

**ORDER**

Pursuant to the foregoing Stipulation, all claims, crossclaims and causes of action in the above-entitled action against Suzanne Torok are hereby dismissed with prejudice, and without cost to any party. This dismissal shall not affect the remaining claims against the other defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated August 12, 2002.

**BY THE COURT:**

______________________________
The Honorable Paul A. Magnuson
Judge of District Court